**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6493**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

DAVID ANTHONY HAMBLIN, a/k/a Dread, a/k/a
Dreadlock,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-92-348-A, CA-97-678-AM)

───────────────

Submitted: June 18, 1998          Decided: July 9, 1998

───────────────

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

David Anthony Hamblin, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Anthony Hamblin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hamblin, Nos. CR-92-348-A; CA-97-678-AM (E.D. Va. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2